IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MCC MAGAZINES, LLC, | * |
| Plaintiff, | * |
| v. | * |
| CLAY MORRIS, JANA MORRIS, and LIFESTYLE PUBLICATIONS, LLC | *  CV 121-134 |
| Defendants. | * |

ORDER

Before the Court is Plaintiff's motion to remand for lack of subject matter jurisdiction. (Doc. 7.) Defendants Clay Morris, Jana Morris, and Lifestyle Publications, LLC "consent to the remand of this case." (Doc. 12.) Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's motion to remand (Doc. 7) is **GRANTED**. The Clerk is **DIRECTED** to **REMAND** this case to the Superior Court of Columbia County, Georgia. The Clerk is further **DIRECTED** to **TERMINATE** all remaining pending motions, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of September, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA